UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ismail N. Sakar,

                Plaintiff,

          v.

Bitdeer Technologies Group, et al.,

                Defendants.

25-CV-10069 (DEH)

**ORDER REGARDING
NOTICE TO
PURPORTED PLAINTIFF
CLASS MEMBERS**

DALE E. HO, United States District Judge:

On December 4, 2025, Plaintiff filed a putative class action on behalf of "all investors who purchased or otherwise acquired Bitdeer securities between June 6, 2024 and November 10, 2025, inclusive." Dkt. No. 1. ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

It is hereby ORDERED that **no later than December 26, 2025**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

SO ORDERED.

Dated: December 5, 2025
New York, New York

                                  DALE E. HO
                         United States District Judge