UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISMAIL N. SAKAR,<br>Individually and On Behalf of All Others<br>Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>BITDEER TECHNOLOGIES GROUP, JIHAN<br>WU, MATT LINGHUI KONG, and HARIS<br>BASIT,<br><br>       Defendants. | Case No. 1:25-cv-10069-DEH<br><br><u>CLASS ACTION</u><br><br>**STIPULATION REGARDING<br>SCHEDULING** |

  WHEREAS, on December 4, 2025, plaintiff Ismail N. Sakar ("Plaintiff"), individually and on behalf of all others similarly situated, filed putative class action captioned *Ismail N. Sakar v. Bitdeer Technologies Group et al.*, No. 1:25-cv-10069-DEH, against defendants Bitdeer Technologies Group ("Bitdeer"), Jihan Wu, Matt Linghui Kong, and Haris Basit (collectively, "Defendants," and, with Plaintiff, the "Parties"), alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78a *et seq.*, and Rule 10b-5, 17 C.F.R. § 240, promulgated thereunder (the "Complaint");

  WHEREAS, the Complaint asserts claims under the federal securities laws that are subject to the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995) ("PSLRA"), which sets forth specialized procedures for the administration of securities class actions, including a specific process for the appointment of a lead plaintiff and lead counsel to represent the putative class;

WHEREAS, lead plaintiff and lead counsel have not yet been appointed pursuant to Section 21D of the Exchange Act, 15 U.S.C. § 78u-4. The deadline to move for appointment as lead plaintiff is February 2, 2026;

WHEREAS, once selected, the lead plaintiff will then appoint a lead counsel, subject to the Court's approval, § 78u-4(a)(3)(B)(v), and identify an operative complaint or file an amended complaint that becomes the operative complaint;

WHEREAS, in the interests of judicial economy, conservation of time and resources, and orderly management of this action, Plaintiff, on the one hand, and Bitdeer, on the other, agree that no response to any pleading in this action by any Defendant should occur until after (i) a lead plaintiff and lead counsel are appointed by the Court pursuant to the PSLRA, and (ii) such lead plaintiff serves or otherwise identifies an operative complaint;

THEREFORE, the Plaintiff and Bitdeer hereby stipulate and agree through their undersigned counsel, and respectfully request the Court to order, as follows:

1. Gibson, Dunn & Crutcher LLP, counsel for Bitdeer, accepts service of the Complaint and summons on its behalf, subject to the reservation of rights described in paragraph 4 below.

2. Within 14 days of an order by the Court appointing a lead plaintiff and lead counsel, Defendants and any lead plaintiff(s) appointed by the Court shall, through their respective counsel, confer and jointly submit a proposed schedule for the filing of any amended complaint and responsive pleading, including a briefing schedule with respect to any anticipated motions to dismiss.

3. No Defendant shall be required to answer, move against, or otherwise substantively respond to the Complaint or any amended complaint until the date

agreed upon by the Parties in the proposed schedule described in paragraph 1 above, if approved by the Court, or until such other further order by the Court.

4. Except for formal service of process on Bitdeer, nothing herein shall be deemed in any way to waive any of Defendants' rights, defenses, or objections to the Complaint, including, without limitation, the defense of lack of personal jurisdiction, all such rights being instead expressly reserved.

Dated: January 27, 2026

| LEVI & KORSINSKY, LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| By: /s/ Adam M. Apton<br>Adam M. Apton<br>Levi & Korsinsky, LLP<br>33 Whitehall Street, 27th Floor<br>New York, NY 10004<br>Tel: (212) 363-7500<br>aapton@zlk.com<br><br>*Counsel for Plaintiff* | By: /s/ George B. Adams<br>George B. Adams<br>One Embarcadero Center<br>Suite 2600<br>San Francisco, CA 94111<br>Tel: (415) 393-8200<br>gadams@gibsondunn.com<br><br>Michael D. Celio (*pro hac vice application forthcoming*)<br>310 University Avenue<br>Palo Alto, CA 94301<br>Tel: (650) 849-5326<br>mcelio@gibsondunn.com<br><br>Mark H. Mixon, Jr.<br>Dana E. Sherman<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 351-4000<br>mmixon@gibsondunn.com<br>dsherman@gibsondunn.com<br><br>*Counsel for Defendants* |

**SO ORDERED**

_____
HON. DALE E. HO
UNITED STATES DISTRICT JUDGE
January 27, 2026