**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ISMAIL N. SAKAR, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>BITDEER TECHNOLOGIES GROUP, JIHAN WU, MATT LINGHUI KONG, and HARIS BASIT,<br><br>    Defendants. | Case No.: 1:25-cv-10069-DEH<br><br>Hon. Dale E. Ho |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF ISMAIL N. SAKAR'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Ismail N. Sakar ("Plaintiff") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Plaintiff's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Plaintiff attesting to his transactions of Bitdeer Technologies Group ("Bitdeer" or the "Company") securities;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Plaintiff as a result of his transactions in Bitdeer securities;

**Exhibit C**:  Press Release published December 4, 2025, on *Globe Newswire,* announcing the pendency of the securities class action against defendants herein: *Sakar v. Bitdeer Technologies Group, et. al.,* Case No. 1:25-cv-10069-DEH;

**Exhibit D**:  Declaration signed by Plaintiff in support of his lead plaintiff motion; and

**Exhibit E**:  Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: February 2, 2026                                    Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Ismail N. Sakar and*
*[Proposed] Lead Counsel for the Class*

2