UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISMAIL N. SAKAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BITDEER TECHNOLOGIES GROUP, JIHAN WU, MATT LINGHUI KONG, and HARIS BASIT,<br><br>Defendants. | Case No.  1:25-cv-10069-DEH |

DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION OF LUCA PIOVESANA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL

I, J. Alexander Hood II, hereby declare as follows:

1.      I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Luca Piovesana ("Piovesana"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Piovesana's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz and The Schall Law Firm ("SLF") as Co-Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Chart setting forth Piovesana's financial interest in this litigation;

Exhibit B:   Shareholder Certification executed by Piovesana;

Exhibit C:   Declaration executed by Piovesana;

Exhibit D:   Firm resume of Pomerantz; and

Exhibit E:   Firm resume of SLF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 2, 2026.

*/s/ J. Alexander Hood II*
J. Alexander Hood II

1