UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISMAIL N. SAKAR,

                    Plaintiff,

                                                          25-CV-10069 (DEH)

LUCA PIOVESANA,                                           **ORDER SETTING**
                                                          **HEARING REGARDING**
                    Movant,                               **APPOINTMENT OF**
                                                          **LEAD PLAINTIFF**
              v.

BITDEER TECHNOLOGIES GROUP, et al.,

                    Defendants.

DALE E. HO, United States District Judge:

On December 4, 2025, Plaintiff filed a putative class action on behalf of "all investors who purchased or otherwise acquired Bitdeer securities between June 6, 2024 and November 10, 2025, inclusive." Dkt. No. 1. ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

Plaintiff published the required notice advising members of the purported class on December 4, 2025. ECF No. 6. Motions to appoint lead plaintiff were due on February 2, 2026. Two such motions were filed, one on behalf of Ismail N. Sakar, and a second on behalf of Luca Piovesana. ECF Nos. 10, 13.

It is hereby ORDERED that counsel for the moving parties appear for a conference with the Court on **February 12, 2026** at **3:00 p.m.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

              SO ORDERED.

Dated: February 3, 2026
New York, New York                                        _____
                                                                   DALE E. HO
                                                            United States District Judge