UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISMAIL N. SAKAR,<br><br>                    Plaintiff,<br><br><br>LUCA PIOVESANA,<br><br>                    Movant,<br><br>                v.<br><br>BITDEER TECHNOLOGIES GROUP, et al.,<br><br>                    Defendants. | 25-CV-10069 (DEH)<br><br>**ORDER SETTING<br>BRIEFING SCHEDULE<br>REGARDING<br>APPOINTMENT OF<br>LEAD PLAINTIFF** |

DALE E. HO, United States District Judge:

In advance of the February 12, 2026 hearing, the Parties are **ORDERED** to file any opposition to a motion for appointment of lead counsel, if any, on or before Monday, February 9, 2026.  This briefing shall be in the form of a letter not to exceed five pages.  Any letter in reply, not to exceed three pages, must be filed on or before Tuesday, February 10, 2026 at 5:00 p.m.

        SO ORDERED.

Dated: February 3, 2026
New York, New York

_____
                    DALE E. HO
                United States District Judge