UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISMAIL N. SAKAR, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BITDEER TECHNOLOGIES GROUP, JIHAN WU, MATT LINGHUI KONG, and HARIS BASIT, <br><br> Defendants. | Case No.: 1:25-cv-10069-DEH <br><br> Hon. Dale E. Ho |

**NOTICE OF WITHDRAWAL OF ISMAIL N. SAKAR'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>SELECTION OF COUNSEL</u>**

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Ismail N. Sakar ("Plaintiff") hereby withdraws his Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel in the above-captioned action. *See* ECF No. 10. This withdrawal shall have no impact on Plaintiff's membership in the putative class and his right to share in any recovery obtained for the benefit of the class members. If the Court decides that the present movant is either inadequate or atypical and, therefore, unable to represent the class, Plaintiff stands ready, willing and able to serve as lead plaintiff.

*[Signature on following page]*

Dated: February 9, 2026            Respectfully Submitted,

                                                 **LEVI & KORSINSKY, LLP**

                                                 By: */s/ Adam M. Apton*
                                                 Adam M. Apton (AS-8383)
                                                 33 Whitehall Street, 27th Floor
                                                 New York, NY 10004
                                                 Tel: (212) 363-7500
                                                 Fax: (212) 363-7171
                                                 Email: aapton@zlk.com

                                                 *Lead Counsel for Ismail N. Sakar*