

33 Whitehall St., 27th Floor
New York, NY 10004
T: 212-363-7500
F: 212-363-7171
www.zlk.com

**MEMO ENDORSED**

Adam M. Apton
aapton@zlk.com

April 22, 2026

**VIA CM/ECF**

Hon. Dale E. Ho
United States District Court, S.D.N.Y.
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re:    ***In re Bitdeer Technologies Group Securities Litigation***
       **Case No. 1:25-cv-10069-DEH**

Dear Judge Ho:

I represent the newly substituted lead plaintiff, Ismail Sakar, in the above-referenced action. With defense counsel's consent, I respectfully request a modification to the pending case schedule concerning the deadlines for amending the complaint and responses thereto.

The current case schedule sets forth the following deadlines: amended pleadings by April 27; motions by June 26; responses by August 25; and replies by September 24. Dkt. No. 25. Having just reentered the case as lead plaintiff and lead counsel, additional time is needed to review the file and finalize Mr. Sakar's forthcoming amended complaint. Consequently, the parties respectfully request modifying the pending deadlines as follows: amended pleadings by May 27; motions by July 28; responses by September 25; and replies by October 27.

This is the first request for an extension beyond the deadlines set forth in the Court's scheduling order. Dkt. No. 25.

**Application GRANTED. The deadlines herein
are adopted. The Clerk of Court is respectfully
directed to terminate ECF No. 34.**

Respectfully,

*/s/ Adam M. Apton*
Partner

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: April 22, 2026
New York, New York