**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BITDEER TECHNOLOGIES GROUP SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>1:25-cv-10069-DEH (SAKAR) | Case No. 1:25-cv-10069-DEH<br><br>**AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**CLASS ACTION**<br><br>Demand for Jury Trial |

**LEVI & KORSINSKY, LLP**
Adam M. Apton
33 Whitehall Street, 27th Fl.
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
aapton@zlk.com

*Lead Counsel for Lead Plaintiff Ismail Sakar and the proposed Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
Brenda Szydlo
Dean P. Ferrogari
600 Third Avenue, 20th Fl.
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomalw.com
bszydlo@pomlaw.com
dferrogari@pomlaw.com

*Additional Counsel*

## TABLE OF CONTENTS


NATURE OF THE ACTION ........ 1

JURISDICTION AND VENUE ........ 4

PARTIES ........ 5

RELEVANT NON-PARTIES ........ 6

BACKGROUND ........ 6

The Bitcoin Industry ........ 6

The Company ........ 9

THE FRAUD REGARDING THE COMPANY'S SEALMINER A4 RIGS TO BE MANUFACTURED WITH ULTRA-EFFICIENT SEAL04 CHIPS ........ 11

Defendants Failed to Disclose a Notable Engineering Signal ........ 21

MATERIALLY FALSE AND MISLEADING STATEMENTS ISSUED DURING THE CLASS PERIOD ........ 26

THE TRUTH EMERGES ........ 30

ADDITIONAL SCIENTER ALLEGATIONS ........ 31

Wu Controls Bitdeer and Is Personally Driven to Outshine Bitmain, the Bitcoin Mining Company He Founded and Fought for Years to Control ........ 32

Basit Spearheaded the Development of the SEAL04 Chip and Basit and Long Regularly Reported to the Market about the Chip ........ 34

The Slippages in the Timeline for the Ultra-Efficient SEAL04 Chip Further Support Scienter ........ 34

LOSS CAUSATION ........ 35

PRESUMPTION OF RELIANCE; FRAUD-ON-THE-MARKET ........ 37

NO SAFE HARBOR; INAPPLICABILITY OF BESPEAKS CAUTION DOCTRINE ........ 37

CLASS ACTION ALLEGATIONS ........ 38

COUNT I ........ 40

COUNT II ........ 43

PRAYER FOR RELIEF ........................................................................................................ 45

DEMAND FOR TRIAL BY JURY ........................................................................................ 45

Lead Plaintiff Ismail Sakar ("Plaintiff"), individually and on behalf of all other persons similarly situated, by his undersigned attorneys, alleges in this Amended Complaint for violations of the federal securities laws (the "Complaint") the following based upon knowledge with respect to his own acts, and upon facts obtained through an investigation conducted by his counsel, which included, *inter alia*: (a) review and analysis of relevant filings made by Bitdeer Technologies Group ("Bitdeer" or the "Company") with the United States Securities and Exchange Commission (the "SEC"); (b) review and analysis of Bitdeer's public documents, conference calls, press releases, and stock chart; (c) review and analysis of securities analysts' reports and advisories concerning the Company; and (d) information readily obtainable on the internet. Plaintiff believes that further substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery. Most of the facts supporting the allegations contained herein are known only to the defendants or are exclusively within their control.

## NATURE OF THE ACTION

1. This is a federal securities class action on behalf of all investors who purchased or otherwise acquired Bitdeer securities between August 13, 2025 and November 7, 2025, inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder (the "Class").

2. Bitdeer operates as a vertically integrated player in the Bitcoin mining ecosystem, combining mining operations across multiple countries with proprietary mining rig equipment development and sales. The Singapore-based company, which trades on NASDAQ under the ticker symbol "BTDR", positions its SEALMINER mining rigs product line as a competitive advantage in a marketplace that includes mining rigs sold by market leader Bitmain Technologies ("Bitmain"), one of China's largest crypto mining rig producers. The $30 billion ASIC

(application-specific integrated circuit) chip manufacturing market is dominated by Bitmain. In 2025, it was reported that Bitmain's machines powered roughly 80% of Bitcoin's hashrate.

3. In June 2024, Bitdeer announced its technology roadmap for its SEALMINER chips and bitcoin mining machines. The Company committed to an aggressive timeline of four chip generations, each targeting dramatic efficiency improvements. This included the Company's mass-production of its fourth-generation SEALMINER A4 mining rigs using its SEAL04 ASIC chip technology that was expected to have a chip energy efficiency of "as low as 5 J/TH" – an ultra-aggressive goal.

4. Analysts were excited about Bitdeer's roadmap, particularly the prospect of a launch of rigs with SEAL04 chips with 5 J/TH efficiency in the second quarter of 2025 and mass production in the fourth quarter of 2025. If Bitdeer were to accomplish this, it would be a "massive achievement."

5. As 2024 progressed into 2025, Company executives continued reinforcing the narrative that the Company was developing its ultra-efficient SEAL04 chip with energy efficiency as low at 5 J/TH.

6. In mid-November 2024, Chief Strategy Officer Haris Basit, who was spearheading the development of Bitdeer's SEAL04 chip and regularly speaking to investors and analysts, stated that Bitdeer planned to tape-out a fourth-generation chip during the second half of 2025, describing the anticipated 5 J/TH efficiency as "unprecedented" and suggesting the Company could establish itself as the leading supplier of the most energy-efficient mining equipment available.

7. By late February 2025, Basit was describing the SEALMINER A4's architecture as "revolutionary," maintaining the 5 J/TH projection while indicating tape-out would occur in the third quarter of 2025.

8. When Chief Business Officer Matt Kong addressed investors in mid-May 2025, he stated that tape-out was scheduled for the fourth quarter of 2025 while reiterating the approximately 5 J/TH chip-level target.

9. Despite Defendants' positive statement to investors, a very different picture was emerging internally. On August 13, 2025, the Company issued a press release announcing the Company's July 2025 Production and Operations Update. The press release highlighted that while the SEALMINER A4 was still ***"on track to achieve an expected chip efficiency of approximately 5 J/TH"*** the Company was now ***"planning two different chip designs of SEAL04"*** instead of one ***"to ensure success."*** (Emphasis added).

10. But chip design teams do not casually commit resources to parallel development tracks. Doing so roughly doubles engineering expenses and timeline risks while fragmenting specialized talent across competing efforts.

11. A dual-track schedule one to three months before tape-out indicates real risks/concerns necessitating an abrupt change in operations. The August 13, 2025 statements meant that, with respect to the "radically different" SEAL04 chip, the Company had encountered extraordinary technical issues, milestones were not being met, power/performance were not tracking to expectations, target goals could not be achieved on schedule or at all, and therefore the Company determined it needed a second chip to attempt to meet its target goals. This was a notable engineering signal – a red flag, though not appreciated by ordinary investors.

12. On October 14, 2025, Bitdeer issued a press release announcing the Company's September 2025 Production and Operations Update. With respect to the SEAL04 traditional circuit architecture chip, the press release indicated that the initial tape-out had been completed the previous month and sample chips were undergoing testing. However, preliminary results from

these early samples showed performance in the sub-10 J/TH range – demonstrably above the 5 J/TH efficiency target the Company had promoted for 16 months. Additionally, the press release stated: ***"[t]he SEAL04 with the new architecture is still expected to reach a target chip level efficiency of 5 J/TH."*** (Emphasis added). While management's October communication attempted to maintain confidence, the disclosure revealed a substantial gap between earlier projections and actual silicon performance.

13. On November 10, 2025 before market open, Bitdeer issued two press releases announcing the Company's third quarter 2025 financial results and its October 2025 Production and Operations Update that revealed a net loss of $266.7 million but more notably that ***Bitdeer's ultra-efficient SEAL04 chip would be "significantly delayed."*** (Emphasis added). The revelation that the ultra-efficient SEAL04 chip was "significantly delayed" contradicted the narrative of on-track progress that had been maintained prior to and throughout the Class Period and brought forward the true reasons for the pivot to the dual-track schedule announced months earlier.

14. On this news, the price of Bitdeer's stock declined from a closing market price of $21.99 per share on November 7, 2025 to $15.02 per share on November 11, 2025, a decline of almost 35%.

**JURISDICTION AND VENUE**

15. Plaintiff brings this action, on behalf of himself and other similarly situated investors, to recover losses sustained in connection with Defendants' fraud.

16. The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

17. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§1331 and 1337, and Section 27 of the Exchange Act, 15 U.S.C. §78aa.

18. Venue is proper in this District pursuant to §27 of the Exchange Act and 28 U.S.C. §1391(b), as a significant portion of Defendant Bitdeer's business, actions, and the subsequent damages to Plaintiff and the Class, took place within this District.

19. In connection with the acts, conduct and other wrongs alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mail, interstate telephone communications and the facilities of the national securities exchange.

## PARTIES

20. Plaintiff Sakar, as set forth in his previously filed Certification (ECF No. 1-1), acquired Bitdeer securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the Defendants' fraud.

21. Bitdeer Technologies Group is an international corporation with its principal executive offices located at 08 Kallang Avenue, Aperia tower 1, #09-03/04, Singapore 339509. During the Class Period, the Company's stock traded on the NASDAQ Stock Market (the "NASDAQ") under the symbol "BTDR."

22. Defendant Jihan Wu ("Wu") is the founder of the Company and has served as Chairman of the board of directors and Chief Executive Officer ("CEO") at all relevant times.

23. Defendant Linghui (Matt) Kong ("Kong") was, at all relevant times, the Chief Business Officer of Bitdeer and a director.

24. Defendant Haris Basit ("Basit") was, at all relevant times, the Chief Strategy Officer of Bitdeer.

25. Defendants Wu, Kong, and Basit are sometimes referred to herein as the "Individual Defendants." The Individual Defendants, together with Bitdeer, are referred to herein as the "Defendants."

## RELEVANT NON-PARTIES

26. Jeff LaBerge ("LaBerge") was, at all relevant times, Bitdeer's Head of Capital Markets and Strategic Initiatives.

* * *

27. The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of Bitdeer's reports to the SEC, press releases, and presentations to securities analysts, money and portfolio managers, and institutional investors, *i.e.*, the market. Each Individual Defendant was provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, each of these Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading. The Individual Defendants are liable for the false and/or misleading statements alleged herein.

28. Bitdeer is liable for the acts of the Individual Defendants, and its employees under the doctrine of *respondeat superior* and common law principles of agency as all the wrongful acts complained of herein were carried out within the scope of their employment with authorization.

29. The scienter of the Individual Defendants, and other employees and agents of the Company are similarly imputed to Bitdeer under *respondeat superior* and agency principles.

## BACKGROUND

### The Bitcoin Industry

30. Bitcoin is a decentralized, peer-to-peer virtual currency that exists solely in electronic form and is the most utilized digital asset in the retail and commercial marketplace.

31. Bitcoin is used like money and can be exchanged for traditional currencies or used to purchase goods and services, typically online.

32. Bitcoin is stored in a digital wallet, which is secured by a unique private key that enables the Bitcoin owner to authorize transactions and prove ownership.

33. Bitcoin is built on a distributed digital record called a blockchain, and transactions are secured by a distributed network of participants.

34. The Bitcoin blockchain is a decentralized, peer-to-peer network of data made up of a chain of "blocks" that contain information about each Bitcoin transaction.

35. Blocks are strung together in chronological order, creating a digital chain of blocks, and once a block is added to the blockchain, anyone can view it.

36. However, before a block is added to the Bitcoin blockchain, it first must be verified through a process called cryptocurrency mining.

37. Mining is the process by which specialized computer equipment solves complex math problems to verify and secure transactions and create new blocks in the Bitcoin blockchain.

38. A very important machine for miners is the ASIC miner. ASIC miners are regarded as one of the best miners due to their higher mining speeds and efficiency than any other mining equipment. ASIC machines are made for a single purpose – to solve Bitcoin's algorithm as fast as possible in order to collect block rewards.

39. Hashing is a mathematical puzzle that allows cryptocurrency miners to unlock algorithms and authenticate transactions on the blockchain.

40. A hash is a single computation run by a miner to attempt to create a new block in the Bitcoin blockchain.

41. Hashrate is one of the most important concepts in cryptocurrency mining. It is a way of describing the mining capabilities of a piece of hardware, and is typically measured in hashes per second (h/s). It measures the speed with which a miner is able to solve blocks, and thus receives mining rewards. The higher the hashrate, the more hashes a miner can perform in a second, which increases the odds that the miner will unlock the algorithm and be rewarded for mining. Hashrate typically serves as an indicator of how competitive a miner is in the network.

42. Hashrate is calculated in different units based on the power of the miner. The most common units are: (i) Kilohash (KH/s) – thousands of hashes per second; (ii) Megahash (MH/s) – millions of hashes per second; (iii) Gigahash (GH/s) – billions of hashes per second; and (iv) Terahash (TH/s) – trillions of hashes per second.

43. Power consumption is a key consideration for ASIC miners. The process of mining requires significant computing power, and therefore, vast amounts of electricity. The more powerful the miner is (the higher hashrate) – the more electricity it consumes.

44. Powerful, efficient ASIC miners consume less electricity in computation per unit (hash). A highly efficient mining machine uses less power, while producing a high hashrate making it more efficient as time passes. Efficiency is the key to the maximum return on investment.

45. Joules Per Terahash (J/TH) is a kind of measure that demonstrates how efficient an ASIC mining machine utilizes electricity to calculate the hash. The smaller the amount of J/TH is, the greater the machine's efficiency. Mining companies with lower J/TH are able to use less electricity to do the equivalent volume of jobs. This means lower electric bills and better profits. Mining businesses need to give machines with lower J/TH numbers priority as the sector evolves toward more efficient technology.

46. Most miners are looking to get the highest level of tradeoff between high hashrates and the lowest power use. Higher hashrates need more power, but choosing the ASIC miner that provides the best combination of both can dramatically affect your mining profits overall.

**The Company**

47. Bitdeer is a technology company for Bitcoin mining and artificial intelligence ("AI") infrastructure. Defendant Wu is the founder, Chairman and CEO of Bitdeer. During the Class Period, the Company operated nine mining datacenters in the United States, Norway, Bhutan, and Ethiopia. Bitdeer handles complex processes involved in computing, such as equipment procurement, transport logistics, datacenter design and construction, equipment management, and daily operations. Additionally, the Company offers advanced cloud capabilities to support customers with high demand for AI.

48. During the Class Period, Bitdeer primarily operated four business lines – (i) "self-mining," (ii) "cloud hash rate," (iii) "hosting," and (iv) "sales of SEALMINERs and accessories." Self-mining refers to cryptocurrency mining for the Company's own account. Through Bitdeer's cloud hash rate solution, the Company sells its proprietary hash rate to customers, offering hash rate subscription plans at fixed prices. Bitdeer's hosting services purportedly offer customers one-stop mining rig hosting solutions encompassing deployment, maintenance and management services for efficient cryptocurrency mining. In the Company's sales of SEALMINERs and accessories business, the Company leverages its ASIC technology to develop, manufacture, and commercialize its SEALMINER mining rigs.[1]

[1] The Company had only 246 full-time employees in 2024. Of these 246 employees, 57 were engaged in research and development activities and 189 were engaged in business development, finance, information systems, facilities, human resources or administrative support. According to a March 14, 2025 CoinDesk article, "Bitdeer's research team is divided into two units (one in Singapore, another in Silicon Valley) that both work on new [ASIC] chip designs."

49. Prior to Bitdeer, Wu co-founded Bitmain, one of China's largest crypto mining and mining rig producers. The $30 billion ASIC manufacturing market is dominated by Bitmain. In 2025, it was reported that Bitmain's machines powered roughly 80% of Bitcoin's hashrate.

50. As explained herein, in 2021, a corporate dispute between Bitmain co-founders concluded with Wu stepping down as Bitmain's CEO and agreeing to a structured settlement, marking the end of a lengthy internal battle at Bitmain. Given the very heated power struggle between the two co-founders, Defendant Wu is personally driven for Bitdeer to outshine Bitmain—the original mining company he founded and fought for years to control. This goes well beyond typical competition between two companies. It's a high-stakes rivalry born from their prior dispute.

51. Bitdeer was spun off from Bitmain in 2021 and listed on Nasdaq in 2023 via a SPAC merger with Blue Safari Acquisition Corp.

52. During the Class Period, Defendant Wu controlled a majority of the voting power of Bitdeer's outstanding ordinary shares. As a result, Bitdeer is a "controlled company" within the meaning of applicable Nasdaq listing rules.[2]

53. As stated above, Bitdeer developed an ASIC and mining rig business offered under its SEALMINER brand. According to the Company, its ASIC and mining rig business line leveraged proprietary ASIC technology to develop, manufacture, and commercialize its SEALMINER mining rigs to diversify the Company's revenue streams and accelerate the growth of its self-mining operations. "We believe our ASIC technology platform will allow vertical integration and enable us to capture the upside ASIC margins via self-mining and sales of mining

[2] Under these rules, a company of which more than 50% of the voting power for the elections of directors is held by an individual, group, or another company, is a "controlled company."

rigs to third parties, such as rapid hash rate development, a lower cost structure, enhanced capital efficiency, and an improved supply chain compared to the broader industry."

54. In 2024, the Company "strategically prioritized resources to the development of our proprietary ASIC technology. . . . [O]wning and deploying our own mining ASICs is an integral part of our full vertical integration strategy. In addition, commercializing SEALMINER ASICs enables us to diversify our revenue streams into the ASICs market."

## THE FRAUD REGARDING THE COMPANY'S SEALMINER A4 RIGS TO BE MANUFACTURED WITH ULTRA-EFFICIENT SEAL04 CHIPS

55. On June 6, 2024, before market open, Bitdeer filed a Form 6-K with the SEC, signed by CEO Wu, with an attached press release announcing its research and development technology roadmap for its SEALMINER Bitcoin mining machines. The Company committed to an aggressive timeline of four chip generations, each targeting dramatic efficiency improvements. Bitdeer planned to launch the SEAL04 5 J/TH chip in under two years, which was an ultra-aggressive goal. Bitdeer's press release stated, in pertinent part:

> **Bitdeer Unveils SEALMINER Technology Roadmap, Committed to Enhancing Transparency in the Mining Industry**
>
> **Expects to mass produce innovative ultra efficient 5J/TH chips by Q4 2025 with investments in R&D**
>
> ***
>
> The SEALMINER's technology roadmap and product release milestone is as follows:




SEAL01 - Chip energy efficiency 18.1J/TH, released in Q1 2024

Previously announced in March 2024, Bitdeer's 4nm process Bitcoin mining chip SEAL01 has an energy efficiency of 18.1J/TH. SEAL01 has been seamlessly integrated into the SEALMINER A1 mining machine. As Bitdeer's inaugural mining machine, the SEALMINER A1 is expected to have a wall-mount power consumption between 20J/TH and 23J/TH. The first batch is expected to be mass-produced and delivered in Q3 2024.

SEAL02 - Chip energy efficiency expected to be 14J/TH, planned for release in Q3 2024

The SEAL02 chip is scheduled to be launched in Q3 2024, with an expected chip energy efficiency of 14J/TH. The optimization of the mining machine's wall-mount power consumption is expected to be in the range of 15J/TH to 16.5J/TH. The second-generation SEALMINER mining machine is expected to be mass-produced and delivered starting in Q4 2024.

SEAL03 - Chip energy efficiency expected to be as low as 10J/TH, planned for release in Q4 2024.

Planned for launch in Q4 2024, SEAL03 has an expected chip energy efficiency of 10J/TH with the mining machine's optimized wall-mount power consumption expected to be in the range of 11J/TH to 12J/TH. The third-generation SEALMINER mining machine is expected to be mass-produced and delivered in Q2 2025.

***SEAL04 – Chip energy efficiency expected to breakthrough to 5J/TH, planned for release in Q2 2025.***

***Slated for launch in Q2 2025, the SEAL04 chip is expected to have a chip energy efficiency of as low as 5J/TH. The optimization of the mining machine's wall-mount power consumption is expected to be in the range of 5.5J/TH to 6J/TH.***

> ***The fourth-generation SEALMINER mining machine is planned for mass-produced [sic] with expected delivery starting in Q4 2025.***

(Emphasis added).

56. Analysts were fired up about Bitdeer's chip and rig production roadmap, particularly the prospect of a launch of the ultra-efficient 5 J/TH chips in the second quarter of 2025 and mass production in the fourth quarter of 2025.

57. On June 11, 2024, analyst Mandela Amoussou stated that if the Company could achieve 5 J/TH efficiency with the SEAL04 chips slated for mass production in the fourth quarter of 2025, it would be a "massive achievement":

> Why is Bitdeer spending heavy on R&D? The company plans to launch some of the most efficient mining rigs based on Bitdeer's in-house chip and software technologies. The mining chips called the SEAL and the mining rigs called SEALMINER will be released based on a roadmap, and each release will be more energy-efficient than the previous. ***This is an ambitious endeavor for a Bitcoin miner, and this makes Bitdeer even more attractive***.
>
> ***
>
> The company's proprietary SEAL01 chips (the first batch of chips) integrated into SEALMINER A1 mining machines have an efficiency of 18.1 J/TH, while the wall-mount power consumption of the SEALMINER A1 is expected to be between 20 J/TH and 23 J/TH. Wall-mount power consumption considers the overall power consumption of the mining machine…. SEALMINER A1 machines will be deployed at Bitdeer's own facilities first later this month for field-testing after which mass production and delivery of the SEALMINER A1 mining rigs will kick off in Q3 this year…. ***Going by current mining rig stats, Bitdeer's inaugural miner falls slightly behind the latest miners released by Canaan (CAN) and BITMAIN in terms of energy efficiency***….
>
> Second-gen SEALMINER machines, expected to be mass-produced in Q4 this year, will be equipped with the SEAL02 chips and will be more energy efficient than the inaugural SEALMINER A1…. A third-gen of Bitdeer's proprietary miners and chips are expected to be mass-produced and delivered in Q2 next year…. ***A later release slated for Q2 2025 and expected to be mass-produced in Q4 2025 will feature the SEAL04 chip and the rigs will operate at an efficiency between 5.5 J/TH and 6 J/TH***.
>
> ***

> ***If they can achieve the 5 J/TH efficiency with the SEAL04 chips slated for mass production in Q4 next year (according to their roadmap), that would be a massive achievement***.

(Emphasis added).

58. Benchmark issued an analyst report on July 22, 2024, stating, in pertinent part:

> BTDR has made significant progress in the development of its SEAL bitcoin mining chips and SEALMINER bitcoin mining rigs, which it plans to both use for self-mining (as part of a cost-reducing, vertical-integration strategy) and to sell into the market.
>
> ***
>
> We spoke to Jeff Laberge, BTDR's Head of Capital Markets and Strategic Initiatives….
>
> ***
>
> BTDR last month unveiled its technology roadmap for bitcoin mining ASIC chips and bitcoin mining rigs, with each iteration of its SEAL chips projected to have greater efficiency than the last. ***Mr. Laberge explained that BTDR's technology roadmap is intended to provide transparency around its new product launches – an element that has been lacking among bitcoin mining equipment manufacturers, which has complicated the purchasing plans of bitcoin miners.***
>
> Earlier this year, BDTR announced the launch of SEAL01, the first generation of its proprietary ASIC design, which features an efficiency of 18.1 J/TH. Mr. Laberge noted that the company last month installed the first batch of its SEALMINER A1 rigs, run on its SEAL01 chips, into its data centers, and then began testing them.
>
> Meanwhile, BTDR last month completed the tape-out of its SEAL02 chip, which offers efficiency of 14 J/TH and is expected to enable its SEALMINER A2 rigs to achieve efficiency of 15-16.5 J/TH. ***To put this into context, market leader Bitmain's (Private) Antminer S21 Pro, its latest generation of bitcoin ASIC miner, offers efficiency of 15 J/TH.***
>
> BTDR plans to launch its SEAL03 chip, which is expected to achieve efficiency of 10 J/TH, in 4Q24, which would enable its SEALMINER A3 rig to achieve efficiency of 11-12 J/TH. ***Mr. Laberge noted that Haris Basit, the company's Chief Strategy Officer, is spearheading the development of its planned SEAL04 chip, which he expects to achieve efficiency of 5 J/TH. He pointed out that SEAL04, which is expected to be launched in 2Q25, would have a completely different design than the company's first few iterations of chips.***

> ***We have increased our estimates of BTDR's FY25 revenue and adjusted EBITDA primarily to reflect the anticipated contribution of its ASIC chip and mining rig initiatives.***

(Emphasis added).

59. On November 18, 2024, the Company filed a Form 6-K with the SEC, signed by CEO Wu, with an attached press release announcing third quarter financial results and providing a business update. Defendants also conducted an earnings call on November 18, 2024 during which Chief Strategy Officer Basit stated, in relevant part:

> ***I want to emphasize that we are also planning to tape-out a fourth generation chip in the second half of 2025, which we are targeting to achieve an unprecedented 5 J/TH efficiency.*** We believe this chip, along with the 3rd generation chip could position Bitdeer as the preeminent supplier of the most energy efficient mining rigs on the market. We believe this will significantly strengthen our competitive position and unlock substantial value for our shareholders.

(Emphasis added).

60. A "tape-out" is the final step in chip design before manufacturing begins and remains a vital part of the finishing process when it comes to the design of ASICs. By the time tape-out is reached, all the stages in the design and verification process have been completed.

61. If the tape-out occurred in the second half of 2025, then delivery (which means the first customer delivery of a functional product) in the fourth quarter of 2025 was no longer reasonable. ***This was the first sign that the schedule disclosed in the June 2024 roadmap had slipped.***[3]

---

[3] Benchmark's July 10, 2025 and August 18, 2025 analyst reports state that if the tape-out of ASICs for the SEALMINER A4 occurred in the fourth quarter of 2025, the first of the rigs likely would be available in the second half of 2026, ***assuming a six-month period for validation and production scaling, according to the Company***.

62. Before market open on January 8, 2025 and February 12, 2025, the Company filed Form 6-Ks with the SEC, signed by CEO Wu, with attached press releases reassuring the market that the SEAL04 R&D for the SEALMINER A4 ***"remains on track to achieve industry leading efficiency of 5 J/TH with anticipated initial tape-out in Q3 2025."*** (Emphasis added).

63. "On track" implied tracked milestone completion. Additionally, repeating the same public statements implied that management had not seen a material internal miss in the schedule. At this stage, a reasonable engineering basis for these statements would include updated block-level PPA,[4] schedule-to-go reviewed against actual completion percentages, and identification of any high-risk blocks whose power/performance could derail the target.

64. By late February 2025, Chief Strategy Officer Basit was describing the SEALMINER A4's architecture as "revolutionary," maintaining the 5 J/TH projection while indicating tape-out would occur in the third quarter of 2025. On February 25, 2025 before market open, the Company filed a Form 6-K with the SEC, signed by CEO Wu, with an attached press release announcing fourth quarter and full year 2024 financial results and provided a business update. During the related earnings call held the same day, Basit stated: ***"The SEAL04 uses a revolutionary new digital chip architecture that significantly enhances energy efficiency and is projected to have a chip level energy efficiency of 5 joules per terahash."*** "***Tape-out is planned for Q3 2025.*** We believe SEALMINER A4, along with our third-generation chip will position Bitdeer as the leading supplier of the world's most energy-efficient mining machines significantly strengthening our market position and unlocking substantial value for our customers and shareholders." (Emphasis added). ***Basit's continued confidence implied no major red flags!***

[4] "PPA" stands for power, performance, and area, representing the three critical metrics used to evaluate the efficiency and quality of silicon chip design.

65. On March 12, 2025, before market open, the Company filed a Form 6-K with the SEC, signed by CEO Wu, with an attached press release announcing its "February 2025 Production and Operations Update." Again, the Company stated that with respect to the SEALMINER A4, ***"SEAL04 R&D remains on track to achieve an expected chip efficiency of approximately 5 J/TH with anticipated initial tape-out in Q3 2025."*** (Emphasis added). By now, power and milestones completion trend must be converging to be "on track". One would expect the design to be visibly entering implementation readiness: subsystem integration progress, stronger synthesis-based power estimates, clock tree strategy stabilized, ***and enough timing/power signal to know whether 5 J/TH still has margin or is slipping***.

66. According to a March 14, 2025 CoinDesk article, LaBerge, Bitdeer's Head of Capital Markets and Strategic Initiatives, (again) discussed Bitdeer's purported transparency during an interview with CoinDesk. LaBerge stated: "The two dominant players [Bitmain and MicroBT] are both private companies, and very opaque." "They don't really engage with the media or give any type of guidance about what they're doing from an R&D standpoint, and that makes it very difficult for end-buyers to plan." LaBerge noted that Bitdeer was different: ***"We want our customers to know where we're at in our manufacturing process, what our roadmap is in terms of new chip designs, where we're at in our production cycles."*** (Emphasis added).[5]

[5] It is noteworthy that the Company chose LaBerge to highlight Bitdeer's transparency given that the SEC found that LaBerge was involved in fraudulent conduct some years back. In 2017, LaBerge was the subject of SEC administrative and cease-and-desist proceedings wherein the SEC found that, from 2012 through 2014, he willfully violated Sections 206(2) of the Investment Advisors Act prohibiting fraudulent conduct by an investment advisor, and 206(4) and Rule 206(4)-8 thereunder, which makes it unlawful for any investment advisor to a pooled investment vehicle to make any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which they were made, not misleading. In 2018, LaBerge was also the subject of a disciplinary action related to the same underlying conduct brought by the Certified Financial Planner Board of Standards.

67. The March 14, 2025 CoinDesk article further stated: "Bitmain's Antminer S21XP Hydro, the current most efficient machine on the market, boasts 12 J/TH efficiency." Bitdeer "wants to create a completely new architecture for its ASICs. 'We feel like it's going to be necessary to break into what we call the single -digit efficiency range,' LaBerge said, referring to mining rigs with less than 10 J/TH in efficiency." The "SEALMINER A4, which will employ the firm's new chip architecture, is expected to consume 5 J/TH. It will likely be the most efficient ASIC machine on the market by a significant margin." The SEALMINER "A4 should reach tape-out (the last stage of its designing process) in the third quarter of the year, with a release likely in late-2025 or early 2026."

68. On April 10, 2025, Bitdeer filed a Form 6-K filed with the SEC, signed by CEO Wu, with an attached April 9, 2025 press release announcing its March 2025 Production and Operations Update. The press release stated: ***"SEAL04 R&D remains on track to achieve an expected chip efficiency of approximately 5 J/TH with anticipated initial tape-out in Q4 2025."*** (Emphasis added). But the tape-out slipped by a quarter, and as such, it was no longer "on track."

69. The Company did not disclose whether the delay was based on schedule milestones not being met or the power simulations not making expectations, or both. A slip from the third to the fourth quarter of 2025 would normally reflect schedule or design-risk pressure. Because the Company still reaffirmed 5 J/TH, it was reasonable to assume a documented engineering basis for why the delay was schedule-related as opposed to a fundamental design issue (PPA miss). At minimum, one would expect a re-baselined schedule, updated critical path, updated block completion, and refreshed power/timing estimates showing the target remained credible despite the slip.

70. On May 15, 2025, before market open, the Company filed a Form 6-K with the SEC, signed by CEO Wu, with an attached press release, dated May 15, 2025, announcing the release of the Company's unaudited financial results for the first quarter ended March 31, 2025. The press release stated that Chief Business Officer Kong noted that tape-out was scheduled for the fourth quarter of 2025 while reiterating the approximately 5 J/TH chip-level target.

71. At this point, power should be becoming much more based on the reality of the actual design instead of a theoretical model. With fourth quarter tape-out confirmed, one would expect a fairly mature project: major features frozen, DV[6] running at scale, most block netlists available, top-level floorplan materially stable, and internal power estimates no longer based only on spreadsheets or architectural models. Some degree of post-synthesis power and early physical-design-aware power would be available.

72. Before market open on June 12, 2025, and July 10, 2025, Bitdeer filed Form 6-Ks with the SEC, signed by CEO Wu, with attached press releases dated June 11, 2025, and July 9, 2025, respectively, announcing the SEALMINER A4 remained ***"on track to achieve an expected chip efficiency of approximately 5 J/TH."*** The June 11, 2025 press release also confirmed tape-out in the fourth quarter of 2025. At this point, most of the RTL design[7] would be completed and verification would be done with most block level and have substantial coverage at the top level. P&R[8] would have started. Reaffirmation at this point would be backed by milestone evidence, not just management confidence. One would expect measurable completion of RTL, verification, synthesis, and integration milestones, with power rollups increasingly tied to actual netlists and

[6] "DV" stands for design verification. DV typically refers to the pre-silicon effort of functional validation of the design using simulation tools.

[7] "RTL design" stands for Register-Transfer-Level design. It is a representation of the digital circuit at the abstract level, and is an essential step in the design process of digital circuits.

[8] "P&R" stands for place and route, which is a critical physical design stage in chip design.

realistic activity assumptions. There should also be full-chip power simulations with simple chip level simulation. For a fourth quarter tape-out target, July is close enough that internal signs should be strong. One would expect top-level integration substantially advanced, place-and-route trials or real implementation underway, IR-drop and clock power concerns emerging in detail, and management able to see whether the 5J/TH target is holding, tightening, or breaking. ***The Company's announcements implied stable and improving projections. Repeated reassurance implied continued convergence!***

73. According to Benchmark's July 10, 2025 analyst report, Basit "told us that the [SEALMINER 04] chips' expected efficiency, which would be almost 3x better than the most efficient rigs available at this point, would stem from a design 'radically different' to conventional ASICs." "Basit said SEALMINER A4 uses a distributed circuit design that allows for the reuse of an electrical charge multiple times, rather than using it a single time. He noted that BTDR's novel approach would translate into a 75% to 80% improvement in efficiency." "Management has pulled no punches in stating that BTDR's ability to fully capture its opportunity in the bitcoin mining equipment space would depend on the successful development of its SEALMINER A4 rigs, which they expect to lead the industry in terms of energy efficiency." The report stated that Bitdeer "framed potential upside from its SEALMINER units during the next three years by estimating the total addressable market for ASIC rigs during that span at ~$21.3bn…. If BTDR were to capture a 30% share of the market, then its potential revenue from sales of its SEALMINER rigs would be ~$6.4bn…." The basis for Benchmark's comments appears to be Bitdeer's May 2025 "Q1'25 Supplemental Investor Presentation."

**Defendants Failed to Disclose a Notable Engineering Signal**

74. Despite the rosy picture to date, a very different picture was emerging internally. On August 13, 2025, the Company issued a press release announcing the Company's July 2025 Production and Operations Update. The press release was also attached as an exhibit to the Company's Form 6-K filed with SEC on August 14, 2025, and signed by CEO Wu. The press release highlighted that while the SEALMINER A4 was still ***"on track to achieve an expected chip efficiency of approximately 5 J/TH"*** the Company was now ***"planning two different chip designs of SEAL04"*** instead of one ***"to ensure success."*** (Emphasis added).

75. But chip design teams don't casually commit resources to parallel development tracks. Doing so roughly doubles engineering expenses and timeline risks while fragmenting specialized talent across competing efforts.

76. A dual-track schedule one to three months before tape-out indicates real risks/concerns. The August 13, 2025 statements meant that, with respect to the "radically different" SEAL04 chip, the Company had encountered extraordinary technical issues, milestones were not being met, power/performance were not tracking to expectations, target goals could not be achieved on schedule or at all, and therefore the Company determined it needed a second chip to attempt to meet its target goals. This was a notable engineering signal – a red flag, though not appreciated by ordinary investors.

77. On August 18, 2025, the Company issued a press release before market open announcing second quarter 2025 financial results and providing a business update. The press release was also attached as an exhibit to a Form 6-K filed with the SEC on August 19, 2025, and signed by CEO Wu. According to the press release, Chief Business Officer Kong stated, in pertinent part: "Our R&D efforts are now focused on our SEAMINER A4 project, for which we are targeting an unprecedented chip efficiency of approximately 5 J/TH at the chip level. Major

progress was made in July with customized silicon software development and the expansion of the U.S. engineering team to support the SEAL04 chip."

78. And during the earnings call held on August 19, 2025, Chief Strategy Officer Basit stated:

> Looking ahead, our R&D efforts have now pivoted to the SEAL04 chip. ***We are taking a dual-track approach to SEAL04 with two completely independent designs to ensure success***. The first SEAL04 chip, using a more traditional circuit architecture, has already been taped out and we expect initial sample wafers to come back in Q3 2025.
>
> ***Our second SEAL04 chip will be a completely new, next-generation architecture targeting breakthrough efficiency of approximately 5 J/TH at the chip level.*** This chip is a full redesign that uses new digital circuit architectures that enable breakthrough improvements in energy efficiency. We believe the digital chip architecture utilized by our SEAL04 chip will set a new standard for Bitcoin mining and also have application to a broader class of high-performance, energy intensive compute applications. We have begun the process of filing patents on our technology. Furthermore, in July, we made major progress with the successful development of customized silicon design software necessary to fully exploit this new circuit architecture. We have also expanded the senior engineering and software team in the U.S. to support our SEAL04 chip development as well as added senior roles in legal and IP licensing.
>
> ***
>
> In summary, we are pleased with our team's execution across all our strategic priorities. We have successfully met our initial targets for our aggressive ASIC roadmap; our self-mining infrastructure and deployment plan; and our entry into the massive ASIC market opportunity. We have also made significant strides in our HPC/AI strategy. As we move into the second half of 2025, we expect these efforts to be reflected in our financial results, and we look forward to sharing updates on our progress.

(Emphasis added).

79. At this stage, it is late to be adding core staff to the U.S. engineering team to try to catch-up the schedule for the completely new, next generation SEAL04 chip and developing custom silicon software for a fourth quarter 2025 tape-out. Bitdeer was likely three to six months behind schedule. If the Company were truly planning a fourth quarter 2025 tape-out of the radically

different SEAL04 chip, by late August, engineering would have: near-final architecture, near-final top-level integration, mature block netlists, advancing physical implementation, and increasingly realistic power estimates under corner and workload assumptions.[9] The Company would know if late-stage power estimates were materially above 5 J/TH. Significant project expectation misses would be very visible to the Company. At this point, power estimates should be based on solid simulation results.

80. On September 12, 2025 before market open, Bitdeer filed a Form 6-K with the SEC, signed by CEO Wu, with an attached press release, dated September 12, 2025, announcing the Company's August 2025 Production and Operations Update. With respect to the SEALMINER A4, the Company was purportedly ***"on track to achieve an expected chip efficiency of approximately 5 J/TH"*** and reiterated its plans for ***"two different chip designs of SEAL04 to ensure success."*** (Emphasis added). But one month before or within a quarter of intended tape-out, the expected internal evidence becomes much stricter: top-level netlist stability, substantial place-and-route maturity, signoff planning, power/timing across corners, IR/EM analysis and ECO-only type changes rather than major architectural churn. ***By now, power should be converged and accurate. Engineering certainty should be very high and based on implementation-level data.*** But that was clearly not the case and the Company was not "on track" to achieve an expected chip efficiency of approximately 5 J/TH.

81. On October 14, 2025, Bitdeer issued a press release announcing the Company's September 2025 Production and Operations Update. The press release was also attached as an

[9] Process corners refer to the different sets of device model parameters used to simulate a circuit at extreme conditions, such as the fastest and slowest devices, in order to statistically characterize the effects of process variabilities on circuit performance. These corners are typically represented by different parameter sets and can include variations such as typical, fast-fast, fast-slow, slow-fast, and slow-slow.

exhibit to a Form 6-K filed with the SEC on October 15, 2025, and signed by CEO Wu. The press release stated:

- **SEALMINER A4:**
- ***Planning two different chip designs of SEAL04 to ensure success.***
- The first SEAL04 chip tape out was completed in September and are currently under testing. ***Initial results from the early samples demonstrated sub-10 J/TH power efficiency at the chip level, though still above the 5 J/TH target.***
- ***Awaiting further sample testing to verify the feasibility of achieving the 5 J/TH chip-level power efficiency goal on the first SEAL04. Nevertheless, Bitdeer is now confident that the first SEAL04 chip is ready for mass production and will deliver significant power efficiency improvements.***
- ***The SEAL04 with the new architecture is still expected to reach a target chip level efficiency of 5 J/TH***.

(Emphasis added).

82. Management's October communication attempted to maintain confidence but for investors tracking the Company's previous statements, the disclosure revealed a substantial gap between earlier projections and actual silicon performance. Because actual silicon or sample test data exists, this is no longer a simulation-only story. Measured data dominates. And if measured results were merely "sub-10 J/TH," that is a very material distance from 5 J/TH. From an engineering perspective, it is obvious that the original 5 J/TH projection had not been achieved on first silicon, and any continued reliance on 5 J/TH would need to be clearly framed as dependent on a new architecture/second path – not as the already-validated outcome of the taped-out design.

83. On November 10, 2025 before market open, Bitdeer filed two Form 6-Ks with the SEC, signed by CEO Wu, with attached press releases, dated November 10, 2025, announcing the Company's third quarter 2025 financial results and its October 2025 Production and Operations Update that revealed a net loss of $266.7 million but more notably that Bitdeer's second generation

SEAL04 chip would be "significantly delayed." Chief Business Officer Kong stated in pertinent part:

> In our ASIC business, as of the end of October, we achieved 41.2 EH/s, surpassing our 40 EH/s target that we set out at the beginning of the year. Mass production of the SEALMINER A3 series is underway, and early SEAL04 samples have demonstrated 6-7 J/TH power efficiency at the chip level under low-voltage, ultra-power saving mode. We are targeting mass production to begin in Q1 2026. ***Meanwhile, the development of our second-generation SEAL04 chip is significantly delayed.***

(Emphasis added).

84. An earnings call was also held on November 10, 2025, during which Chief Strategy Officer Basit discussed the completion of the tape out for the first SEAL04 design but provided no details as to why the long-touted radically different SEAL04 chip was "significantly delayed":

> Looking ahead, our focus shifts to our SEAL04 chip. To de-risk the development and ensure success, we are pursuing two distinct design approaches. The tape out for the first SEAL04 design was completed in September and latest sample verification demonstrated approximately 6-7 J/TH power efficiency at the chip level under low-voltage, ultra-power saving mode. We are targeting mass production to begin in Q1 2026. ***In the meanwhile, development of the next-generation SEAL04 is significantly delayed.***

(Emphasis added).

85. The revelation that the next-generation SEAL04 chip was "significantly delayed" directly contradicted the narrative of on-track progress that had been maintained prior to and throughout the Class Period.

86. On this news, the price of Bitdeer's stock declined from a closing market price of $21.99 per share on November 7, 2025 to $15.02 per share on November 11, 2025, a decline of almost 35%.

87. On March 16, 2026, the Company filed a Form 6-K with the SEC, signed by CEO Wu, with an attached press release stating that development of the next-generation SEAL04 chip continues.

88. And on April 7, 2026, the Company issued a press release announcing the launch of its SEALMINER A4 series mining rigs ***with a power efficiency of only 9.45 J/TH – a very material distance from 5 J/TH***. These rigs feature the traditional circuit architecture SEAL04 chip design as opposed to the radically different next-generation SEAL04 chip that was touted for so long. Notwithstanding the Company's failure to launch the next generation chip with a chip level efficiency of 5 J/TH, the press release stated that "[t]he launch marks the successful fulfillment of Bitdeer's previously announced technology roadmap…."

## MATERIALLY FALSE AND MISLEADING STATEMENTS ISSUED DURING THE CLASS PERIOD

89. The Class Period begins on August 13, 2025, when Bitdeer issued a press release before market open announcing the Company's July 2025 Production and Operations Update. The press release was also attached as an exhibit to the Company's Form 6-K filed with SEC on August 14, 2025, and signed by CEO Wu. The press release highlighted the Company's SEALMINER A4 project but indicated there would be a dual-track approach for the SEAL04 chip. As part of the press release, the Company stated, in pertinent part:

> **Mining Rig Manufacturing and R&D:**
>
> * * *
>
> - **SEALMINER A4:**
> - ***On track to achieve an expected chip efficiency of approximately 5 J/TH.***
> - ***Planning two different chip designs of SEAL04 to ensure success.***

(Emphasis added).

90. The press release also included a business update. Therein, Chief Business Officer Kong stated, in relevant part: "Looking ahead, our R&D efforts have now pivoted to the SEAL04, ***which will be a completely new, next-generation architecture targeting breakthrough efficiency of approximately 5 J/TH at the chip level. We are planning two designs of our SEAL04 to ensure success***."

91. On August 13, 2025, the Company also posted on X (formerly Twitter) stating, in relevant part: "$BTDR July 2025 mining & operations update is out. Key highlights: ….***#SEAL04 on track for 5 J/TH chip efficiency***" with a link to the press release.

92. The statements in ¶¶89-91 were materially false and/or misleading because Defendants failed to disclose that with respect to the radically different next-generation SEAL04 chip: (i) the Company encountered extraordinary technical issues; (ii) milestones were not being met; (iii) power/performance were not tracking to expectations; (iv) target goals could not be achieved on schedule or at all; and (v) therefore the Company determined it needed a second chip to attempt to meet its target goals, which it ultimately failed to meet.

93. On August 18, 2025, the Company issued a press release before market open announcing second quarter 2025 financial results and providing a business update. The press release was also attached as an exhibit to a Form 6-K filed with the SEC on August 19, 2025, and signed by CEO Wu. According to the press release, Chief Business Officer Kong stated, in pertinent part:

> Our R&D efforts are now focused on our SEALMINER A4 project, ***for which we are targeting an unprecedent chip efficiency of approximately 5 J/TH at the chip level. Major progress was made in July with customized silicon software development and the expansion of the U.S. engineering team to support the SEAL04 chip.*** Together with our SEALMINER A3 mining rig, we believe these two chips will firmly position Bitdeer as a leading supplier with the most energy-efficient mining rigs in the industry—

> significantly enhancing our competitive position and unlocking substantial value for both our customers and shareholders.

(Emphasis added).

94. During the corresponding earnings call held on August 19, 2025, Chief Strategy Officer Haris Basit highlighted Bitdeer's SEALMINER A4 project stating, in relevant part:

> Looking ahead, our R&D efforts have now pivoted to the SEAL04 chip. ***We are taking a dual-track approach to SEAL04 with two completely independent designs to ensure success***. The first SEAL04 chip, using a more traditional circuit architecture, has already been taped out and we expect initial sample wafers to come back in Q3 2025.
>
> ***Our second SEAL04 chip will be a completely new, next-generation architecture targeting breakthrough efficiency of approximately 5 J/TH at the chip level.*** This chip is a full redesign that uses new digital circuit architectures that enable break-through improvements in energy efficiency. We believe the digital chip architecture utilized by our SEAL04 chip will set a new standard for Bitcoin mining and also have application to a broader class of high-performance, energy intensive compute applications. We have begun the process of filing patents on our technology. Furthermore, in July, we made major progress with the successful development of customized silicon design software necessary to fully exploit this new circuit architecture. We have also expanded the senior engineering and software team in the U.S. to support our SEAL04 chip development as well as added senior roles in legal and IP licensing.

(Emphasis added).

95. The statements in ¶¶93-94 were materially false and/or misleading because Defendants failed to disclose that with respect to the radically different next-generation SEAL04 chip: (i) the Company encountered extraordinary technical issues; (ii) milestones were not being met; (iii) power/performance were not tracking to expectations; (iv) target goals could not be achieved on schedule or at all; and (v) therefore the Company determined it needed a second chip to attempt to meet its target goals, which it ultimately failed to meet.

96. On September 12, 2025 before market open, Bitdeer filed a Form 6-K with the SEC, signed by CEO Wu, with an attached press release, dated September 12, 2025, announcing the Company's August 2025 Production and Operations Update. The press release reiterated plans for

two different chip designs for the SEAL04 but still failed to disclose the problems with the radically different next-generation SEAL04 chip. As part of the press release, the Company stated, in pertinent part:

> **Mining Rig Manufacturing and R&D:**
>
> * * *
>
> - **SEALMINER A4:**
> - ***On track to achieve an expected chip efficiency of approximately 5 J/TH.***
> - ***Planning two different chip designs of SEAL04 to ensure success***.

(Emphasis added).

97. On September 12, 2025, the Company also posted on X stating, in relevant part: "$BTDR August 2025 mining & operations update: … ***SEAL04 on track for 5 J/TH efficiency***" with a link to the press release.

98. The statements in ¶¶96-97 were materially false and/or misleading because Defendants failed to disclose that with respect to the radically different next-generation SEAL04 chip: (i) the Company encountered extraordinary technical issues; (ii) milestones were not being met; (iii) power/performance were not tracking to expectations; (iv) target goals could not be achieved on schedule or at all; and (v) therefore the Company determined it needed a second chip to attempt to meet its target goals, which it ultimately failed to meet.

99. On October 14, 2025, Bitdeer issued a press release announcing the Company's September 2025 Production and Operations Update. The press release was also attached as an exhibit to a Form 6-K filed with the SEC on October 15, 2025, and signed by CEO Wu. The Company stated in pertinent part:

> **Mining Rig Manufacturing and R&D:**
>
> * * *

- **SEALMINER A4:**
- ***Planning two different chip designs of SEAL04 to ensure success.***

- The first SEAL04 chip tape out was completed in September and are currently under testing. Initial results from the early samples demonstrated sub-10 J/TH power efficiency at the chip level, though still above the 5 J/TH target.

- ***Awaiting further sample testing to verify the feasibility of achieving the 5 J/TH chip-level power efficiency goal on the first SEAL04.*** Nevertheless, Bitdeer is now confident that the first SEAL04 chip is ready for mass production and will deliver significant power efficiency improvements.

- ***The SEAL04 with the new architecture is still expected to reach a target chip level efficiency of 5 J/TH.***

(Emphasis added).

100. The statements in ¶99 were materially false and/or misleading because Defendants failed to disclose that: (a) with respect to the radically different next-generation SEAL04 chip: (i) the Company encountered extraordinary technical issues; (ii) milestones were not being met; (iii) power/performance were not tracking to expectations; (iv) target goals could not be achieved on schedule or possibly at all; and (b) with respect to the traditional SEAL 04 chip, there was no hope to achieve the 5 J/TH chip-level power efficiency based on the already-validated outcome of the taped-out design. Any continued hope to achieve such efficiency was dependent on a new architecture/second path.

## THE TRUTH EMERGES

101. On November 10, 2025 before market open, Bitdeer filed two Form 6-Ks with the SEC, signed by CEO Wu, with attached press releases, dated November 10, 2025, announcing the Company's third quarter 2025 financial results and its October 2025 Production and Operations Update. The Company revealed a net loss of $266.7 million but more notably that its second

generation SEAL04 chip would be "significantly delayed." Chief Business Officer Matt Kong stated in pertinent part:

> In our ASIC business, as of the end of October, we achieved 41.2 EH/s, surpassing our 40 EH/s target that we set out at the beginning of the year. Mass production of the SEALMINER A3 series is underway, and early SEAL04 samples have demonstrated 6-7 J/TH power efficiency at the chip level under low-voltage, ultra-power saving mode. We are targeting mass production to begin in Q1 2026. ***Meanwhile, the development of our second-generation SEAL04 chip is significantly delayed.***

(Emphasis added).

102. On November 10, 2025, Defendants held a corresponding earnings call where Chief Strategy Officer Basit discussed the completion of the tape out for the first SEAL04 design but gave no details as to why the next-generation SEAL04 was "significantly delayed." In relevant part, Defendant Basit stated:

> Looking ahead, our focus shifts to our SEAL04 chip. To de-risk the development and ensure success, we are pursuing two distinct design approaches. The tape out for the first SEAL04 design was completed in September and latest sample verification demonstrated approximately 6-7 J/TH power efficiency at the chip level under low-voltage, ultra-power saving mode. We are targeting mass production to begin in Q1 2026. ***In the meanwhile, development of the next generation SEAL04 is significantly delayed.***

(Emphasis added).

103. On this news, the price of Bitdeer's stock declined from a closing market price of $21.99 per share on November 7, 2025 to $15.02 per share on November 11, 2025, a decline of almost 35%.

## ADDITIONAL SCIENTER ALLEGATIONS

104. During the Class Period, Defendants had both the motive and opportunity to commit fraud. They also had actual knowledge of the misleading nature of the statements they made, or acted in reckless disregard of the true information known to them at the time. In so doing,

Defendants participated in a scheme to defraud and committed acts, practices, and participated in a course of business that operated as a fraud or deceit on purchasers of the Company's securities during the Class Period.

**Wu Controls Bitdeer and Is Personally Driven to Outshine Bitmain, the Bitcoin Mining Company He Founded and Fought for Years to Control**

105. Prior to Wu founding Bitdeer in 2021, he was entrenched in a years-long, and very public, power struggle for control over Bitmain. In 2013, Wu and Micree Zhan ("Zhan") co-founded Chinese crypto mining giant Bitmain—the world's leading manufacturer of digital currency mining servers. What started as a lucrative partnership between Wu and Zhan deteriorated into a personal feud that lasted for years. Indeed, Bitdeer was founded as a direct result of Wu being pushed out of Bitmain. Given the heated power struggle between the co-founders, Wu is personally driven for Bitdeer to outshine Bitmain—the original mining company he founded and fought for years to control. This goes well beyond typical competition between two companies. It's a high-stakes rivalry born from their prior dispute.

106. In October 2019, the battle between the billionaire co-founders for control over Bitmain officially began. Defendant Wu purportedly coordinated what Zhan described as an illegal coup to remove him from Bitmain. Wu's takeover resulted in Zhan being removed as Bitmain's Legal Representative and Chairman.[10] On the day of the coup, Wu sent a company-wide email notifying all Bitmain employees that Zhan no longer held a position at the company and no one should take orders from Zhan. Additionally, Wu allegedly threatened employees that they could face legal repercussions if they contacted Zhan. Following the coup, Wu took over Zhan's

[10] In China, the position of legal representative, typically held by a company's chairman or CEO, is extremely powerful as the representative holds the company seal which is essential for bringing company decisions into effect.

positions as Legal Representative and Chairman of Bitmain—a suspicious feat given Zhan was Bitmain's largest shareholder.

107. On November 6, 2019, Zhan issued an open letter addressing his removal from Bitmain and dismay with Wu for stabbing him in the back. On November 13, 2019, Bitmain Technologies Holding Company purportedly held an extraordinary general meeting (the "Meeting") of the holders of Class B ordinary shares. At the Meeting, a resolution was passed that decreased the voting right of Class B ordinary shares. Although Zhan was Bitmain's largest shareholder, the resolution, backed by Wu, effectively decreased Zhan's voting power from approximately 60% to 30%. Zhan responded with a lawsuit. According to Zhan, the Meeting never validly took place. Not only did Zhan sue Bitmain to regain his executive position from Wu, but Zhan also accused Wu of illegally embezzling the company's properties and organizing a disinformation campaign against him purportedly on Bitmain's behalf.

108. In April 2020, Zhan regained his status as Legal Representative of Beijing Bitmain Technology—the operating entity of Bitmain. However, ***the power struggle between the co-founders culminated with a dramatic physical confrontation at a Beijing government office in May 2020***. It was reported that Hazel Hu, a former journalist, witnessed the 2020 confrontation firsthand. It was stated ***she recalled Zhan waiting to collect Bitmain's physical business license when supporters of Zhan and Wu clashed over the document—grappling and wrestling. Police were called to the scene, breaking up the scuffle that had spilled onto the street.*** Zhan accused Wu of coordinating the assault. With Zhan regaining his status as Legal Representative, Defendant Wu was on the outs and no longer in control of the company he co-founded.

109. In July 2020, Wu allegedly sent an internal letter to Bitmain employees explaining that he was returning to the company to save it from a cash flow shortage caused by Zhan. On

September 14, 2020, Chinese business records were updated showing that Wu regained the Legal Representative position at Beijing Bitmain Technology.

110. Notwithstanding, a few months later, on January 26, 2021, Wu publicly conceded defeat, resigning as Bitmain's CEO and Chairman. The power struggle between the co-founders finally came to an end as Zhan regained control over Bitmain. The dispute was finally resolved through a settlement that split the company, with Wu taking control of Bitmain's cloud mining and hosting services, spun off as Bitdeer. ***Zhan would take control of mining machine manufacturing which accounted for over 90% of Bitmain's revenue***. For Wu, the battle for control of Bitmain had been lost. Following the settlement, Wu's focus shifted to leading Bitdeer as Chairman of the Company—keen on outshining Bitmain, the crypto giant he helped build from the ground up.

**Basit Spearheaded the Development of the SEAL04 Chip and Basit and Long Regularly Reported to the Market about the Chip**

111. The fact that Chief Strategy Officer Basit admittedly spearheaded the development of Bitdeer's SEAL04 chip, and that both he and Chief Business Officer Matt Kong regularly reported to investors and analysts about the SEAL04 chip, support a strong inference of scienter. Indeed, Basit held himself out to investors as being knowledgeable about the SEAL04 chip, thereby inducing reliance with respect to his statements about Bitdeer's operations.

**The Slippages in the Timeline for the Ultra-Efficient SEAL04 Chip Further Support Scienter**

112. Scienter is further supported by the number of slippages in the timeline for the radically different ultra-efficient SEAL04 chip. As explained above, on January 8, 2025, the Company announced that the "SEAL04 R&D remains on track to achieve industry leading efficiency of 5 J/TH with anticipated initial tape-out in ***Q3 2025***." However, the Company's timeline for the SEAL04 release had slipped since its initial June 6, 2024 announcement targeting

the SEAL04 launch in the second quarter of 2025.

113. On April 9, 2025, the Company stated that the "SEAL04 R&D remains on track to achieve an expected chip efficiency of approximately 5 J/TH with anticipated initial tape-out in ***Q4 2025***." Again, the Company's timeline for the SEAL04 release had slipped.

114. On August 13, 2025, the Company announced that it was "[p]lanning two different chip designs of SEAL04 to ensure success." By this time, the Company was clearly aware of the engineering signal with respect to the ultra-efficient chip, as discussed above. Notwithstanding, there was no mention of any slippage in the timeline for the tape-out.

115. On November 10, 2025, the Company admitted that its radically different next generation SEAL04 chip would be "significantly delayed" without offering any insight as to when, if ever, it would be taped-out and launched.

116. Collectively, these slippages further support Plaintiff's scienter allegations.

## LOSS CAUSATION

117. During the Class Period, as detailed herein, Defendants made materially false and misleading statements and engaged in a scheme to deceive the market and a course of conduct that artificially inflated the price of Bitdeer's stock and operated as a fraud or deceit on Class Period purchasers of Bitdeer's stock by materially misleading the investing public. When Defendants' fraudulent conduct was disclosed and became apparent to the market, the price of Bitdeer's stock materially declined, as the prior artificial inflation came out of the price over time.

118. By concealing the adverse facts detailed herein from investors, Defendants presented a misleading picture of the Company's business, prospects, and operations. The Defendants' material false and/or misleading statements had the intended effect and caused Bitdeer's stock to trade at artificially inflated levels throughout the Class Period, reaching as high as $27.80 on October 15, 2025. As a result of their purchases of Bitdeer's stock during the Class

Period, Plaintiff and other members of the Class suffered economic loss, *i.e.*, damages under federal securities laws.

119. When the truth about the Company was revealed to the market, the price of Bitdeer stock dropped. The decline removed the inflation from the price of Bitdeer stock, causing real economic loss to investors who had purchased Bitdeer stock during the Class Period. The decline in the price of Bitdeer stock, when the corrective disclosures came to light, was a direct result of the nature and extent of the Defendants' materially false and/or misleading statements being revealed to investors and the market.

120. The disclosures that correct the market price to eliminate the inflation caused by Defendants' materially false and/or misleading statements are set forth below:

(i) As set forth in ¶¶101-02, on November 10, 2025: (a) before market open, Bitdeer filed two Form 6-Ks with the SEC, signed by CEO Wu, with attached press releases, dated November 10, 2025, and (b) held a corresponding earnings call. In response to the disclosures described in ¶¶101-02, the price of Bitdeer's stock declined from a closing market price of $21.99 per share on November 7, 2025 to $15.02 per share on November 11, 2025, a decline of almost 35%. ¶103.

121. The economic loss, *i.e.*, damages, suffered by Plaintiff and the other Class members was a direct result of Defendants' fraudulent scheme to artificially inflate the price of Bitdeer's stock and the subsequent significant decline in the value of Bitdeer's stock when the prior false and/or misleading statements were revealed.

**PRESUMPTION OF RELIANCE; FRAUD-ON-THE-MARKET**

122. Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- Defendants made public material misrepresentations or failed to disclose material facts during the Class Period;
- Bitdeer's stock is traded on the NASDAQ in an efficient market;
- The Company's shares were liquid and traded with moderate to heavy volume during the Class Period;
- The misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's stock;
- Bitdeer was followed by several securities analysts; and
- Plaintiff and members of the Class purchased, acquired and/or sold Bitdeer stock between the time Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

123. Based upon the foregoing, Plaintiff and members of the Class are entitled to a presumption of reliance upon the integrity of the market.

124. Alternatively, Plaintiff and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), as Defendants omitted material information in their statements in violation of a duty to disclose such information, as detailed above.

**NO SAFE HARBOR; INAPPLICABILITY OF BESPEAKS CAUTION DOCTRINE**

125. The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the material misrepresentations and omissions alleged in this Complaint. As alleged above, Defendants' liability stems from the fact that they provided investors with material information concerning the Company's ongoing development of the

SEALMINER A4 machine using its SEAL04 ASIC chip technology. These statements were not forward-looking and/or omitted material information about existing events and circumstances.

126. To the extent certain of the statements alleged to be misleading or inaccurate may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements.

127. Defendants are also liable for any false or misleading "forward-looking statements" pleaded because, at the time each "forward-looking statement" was made, the speaker knew the "forward-looking statement" was false or misleading and the "forward-looking statement" was authorized and/or approved by an executive officer of Bitdeer who knew that the "forward-looking statement" was false. Alternatively, none of the historic or present-tense statements made by Defendants were assumptions underlying or relating to any plan, projection, or statement of future economic performance, as they were not stated to be such assumptions underlying or relating to any projection or statement of future economic performance when made, nor were any of the projections or forecasts made by the Defendants expressly related to or stated to be dependent on those historic or present-tense statements when made.

## CLASS ACTION ALLEGATIONS

128. Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired Bitdeer's securities during the Class Period (the "Class"); and were damaged upon the revelation of the alleged corrective disclosure. Excluded from the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families

and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

129. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Bitdeer's securities were actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by Bitdeer or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions. As of September 30, 2025, there were 196.75 million shares of the Company's shares outstanding. Upon information and belief, these shares are held by thousands, if not millions, of individuals located throughout the country and possibly the world. Joinder would be highly impracticable.

130. Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

131. Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests antagonistic to or in conflict with those of the Class.

132. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a) whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b) whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business, operations and management of Bitdeer;

(c) whether the Individual Defendants caused Bitdeer to issue false and misleading financial statements during the Class Period;

(d) whether Defendants acted knowingly or recklessly in issuing false and misleading financial statements;

(e) whether the prices of Bitdeer's stock during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

(f) whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

133. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## COUNT I

### Against All Defendants for Violations of Section 10(b) and Rule 10b-5 Promulgated Thereunder

134. Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

135. This Count is asserted against Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

136. During the Class Period, Defendants engaged in a plan, scheme, conspiracy and course of conduct, pursuant to which they knowingly or recklessly engaged in acts, transactions, practices and courses of business which operated as a fraud and deceit upon. Plaintiff and the other members of the Class; made various untrue statements of material facts and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and employed devices, schemes and artifices to defraud in connection with the purchase and sale of securities. Such scheme was intended to, and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; (ii) artificially inflate and maintain the market price of Bitdeer stock; and (iii) cause Plaintiff and other members of the Class to purchase or otherwise acquire Bitdeer's securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each of them, took the actions set forth herein.

137. Pursuant to the above plan, scheme, conspiracy and course of conduct, each of the Defendants participated directly or indirectly in the preparation and/or issuance of the Company's reports, SEC filings, press releases and other statements and documents described above, including statements made to securities analysts and the media that were designed to influence the market for Bitdeer's securities. Such reports, filings, releases and statements were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about the Company.

138. By virtue of their positions at the Company, Defendants had actual knowledge of the materially false and misleading statements and material omissions alleged herein and intended

thereby to deceive Plaintiff and the other members of the Class, or, in the alternative, Defendants acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would reveal the materially false and misleading nature of the statements made, although such facts were readily available to Defendants. Said acts and omissions of Defendants were committed willfully or with reckless disregard for the truth. In addition, each Defendant knew or recklessly disregarded that material facts were being misrepresented or omitted as described above.

139. Information showing that Defendants acted knowingly or with reckless disregard for the truth is peculiarly within Defendants' knowledge and control. As the senior officers and/or directors of the Company, the Individual Defendants had knowledge of the details of Bitdeer's internal affairs.

140. The Individual Defendants are liable both directly and indirectly for the wrongs complained of herein. Because of their positions of control and authority, the Individual Defendants were able to and did, directly or indirectly, control the content of the statements of the Company. As officers and/or directors of a publicly-held company, the Individual Defendants had a duty to disseminate timely, accurate, and truthful information with respect to Bitdeer's businesses, operations, future financial condition and future prospects. As a result of the dissemination of the aforementioned false and misleading reports, releases and public statements, the market price of Bitdeer's stock was artificially inflated throughout the Class Period. In ignorance of the adverse facts concerning the Company which were concealed by Defendants, Plaintiff and the other members of the Class purchased or otherwise acquired Bitdeer's stock at artificially inflated prices and relied upon the price of the stock, the integrity of the market for the stock and/or upon statements disseminated by Defendants, and were damaged thereby.

141. During the Class Period, Bitdeer's stock was traded on an active and efficient market. Plaintiff and the other members of the Class, relying on the materially false and misleading statements described herein, which the Defendants made, issued or caused to be disseminated, or relying upon the integrity of the market, purchased or otherwise acquired shares of Bitdeer's stock at prices artificially inflated by Defendants' wrongful conduct. Had Plaintiff and the other members of the Class known the truth, they would not have purchased or otherwise acquired said stock, or would not have purchased or otherwise acquired them at the inflated prices that were paid. At the time of the purchases and/or acquisitions by Plaintiff and the Class, the true value of Bitdeer's stock was substantially lower than the prices paid by Plaintiff and the other members of the Class. The market price of Bitdeer's stock declined sharply upon public disclosure of the facts alleged herein to the injury of Plaintiff and Class members.

142. By reason of the conduct alleged herein, Defendants knowingly or recklessly, directly or indirectly, have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

143. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases, acquisitions and sales of the Company's stock during the Class Period, upon the disclosure that the Company had been disseminating misrepresented financial statements to the investing public.

## COUNT II

### Against the Individual Defendants for Violations of Section 20(a) of the Exchange Act

144. Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

145. During the Class Period, the Individual Defendants participated in the operation and management of the Company, and conducted and participated, directly and indirectly, in the conduct of the Company's business affairs. Because of their senior positions, they knew the adverse non-public information about Bitdeer's misstatements.

146. As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information, and to correct promptly any public statements issued by Bitdeer which had become materially false or misleading.

147. Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which Bitdeer disseminated in the marketplace during the Class Period concerning the misrepresentations. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause Bitdeer to engage in the wrongful acts complained of herein. The Individual Defendants, therefore, were "controlling persons" of the Company within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of Bitdeer's stock.

148. Each of the Individual Defendants, therefore, acted as a controlling person of the Company. By reason of their senior management positions and/or being directors of the Company, each of the Individual Defendants had the power to direct the actions of, and exercised the same to cause Bitdeer to engage in the unlawful acts and conduct complained of herein. Each of the Individual Defendants exercised control over the general operations of the Company and possessed the power to control the specific activities which comprise the primary violations about which Plaintiff and the other members of the Class complain.

149. By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by the Company.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

A. Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiff as the Class representative;

B. Requiring Defendants to pay damages sustained by Plaintiff and the Class by reason of the acts and transactions alleged herein;

C. Awarding Plaintiff and the other members of the Class pre-judgment and post-judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D. Awarding such other and further relief as this Court may deem just and proper.

**DEMAND FOR TRIAL BY JURY**

Plaintiff hereby demands a trial by jury.

Dated: May 27, 2026

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*
Adam M. Apton
33 Whitehall Street, 27th Fl.
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
aapton@zlk.com

***Lead Counsel for Lead Plaintiff Ismail Sakar and the proposed Class***

**POMERANTZ LLP**

*/s/ Brenda Szydlo*
Jeremy A. Lieberman

Brenda Szydlo
Dean P. Ferrogari
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
bszydlo@pomlaw.com
dferrogari@pomlaw.com

***Additional Counsel***